# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| CHARLEY ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | |
| | ) | NO. _____ |
| CALHOUN CITY SCHOOLS, | ) | [From Gordon County Superior |
| | ) | Court Case No.: 20CV69967] |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

The Calhoun City School District[1] (hereinafter referred to as "Defendant"), pursuant to 28 U.S.C. § 1446, files this Notice of Removal and respectfully shows the Court the following:

1.

On January 3, 2020, Plaintiff filed suit against the Defendant in the Superior Court of Gordon County, which county is within the Rome Division of this Court. The suit is styled as above and is Civil Action No. 20CV69967 in that court.

---

[1] Calhoun City Schools is not a proper party capable of being sued.  By filing the notice of removal, Defendant is not waiving the right to assert that "Calhoun City Schools" is not a proper party capable of being sued.  The proper party is the Calhoun City School District and Defendant will refer throughout the notice of removal to Defendant "School District" or "District."

2.

This Defendant was served with the Summons and original Complaint on January 8, 2020.  On January 30, 2020, Plaintiff mailed Defendant's counsel Plaintiff's First Amendment to Complaint ("Amended Complaint").  This Notice is timely under 28 U.S.C. § 1446, as it is filed within 30 days after Service of Summons.

3.

In the Amended Complaint, Plaintiff seeks recovery from Defendant for alleged violations of federal law, specifically, the First Amendment of the United States Constitution, pursuant through 42 U.S.C. § 1983.  (See Plaintiff's Amended Complaint, ¶¶ 20-26).

4.

Plaintiff's civil action is one over which this Court has original jurisdiction under 28 U.S.C. §§ 1331 and 1343 and is one which may be removed to this Court by the Defendant pursuant to 28 U.S.C. §§ 1441 and 1446.  This civil action is one over which this District Court has original jurisdiction because it raises a claim arising out of the Constitution and laws of the United States.

5.

Defendant attaches hereto as Exhibit 1 a copy of all process and pleadings served upon it in this referenced action.

6.

Defendant has given written notice to the Clerk of the Superior Court of Gordon County of filing this Notice of Removal.  A copy of the Notice is attached hereto as Exhibit 2.

7.

The undersigned has read this Notice of Removal, and to the best of the undersigned's knowledge, information and belief, formed after a reasonable inquiry, it is well grounded in fact; is warranted by existing law or an extension or modification of existing law; and is not interposed for any improper purposes such as to harass or cause unnecessary delay or needless increase in the cost of this litigation.

WHEREFORE, Defendant respectfully requests that this Court assume full jurisdiction of the controversy now pending between the Plaintiff and the Defendant named in the above-styled case in the Superior Court of Gordon County as provided by law.

## CERTIFICATION

Pursuant to L.R. 7.1(D), counsel hereby certifies that this pleading has been prepared using Times New Roman font, 14 point, approved by the Court in L.R. 5.1(C).

Respectfully submitted, this 7th day of February, 2020.

**HARBEN, HARTLEY & HAWKINS, LLP**

***/s/ Hieu M. Nguyen***
Hieu M. Nguyen
Georgia Bar No. 382526
Aparesh Paul
Georgia Bar No.: 362648
Faye E. Maison
Georgia Bar No.: 789323

ATTORNEYS FOR DEFENDANT
CALHOUN CITY SCHOOL DISTRICT

340 Jesse Jewell Parkway, Suite 750
Gainesville, Georgia 30501
Telephone:  (770) 534-7341
Facsimile:  (770) 532-0399
Email: hnguyen@hhhlawyers.com
apaul@hhhlawyers.com
fmaison@hhhlawyers.com

4

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the *Notice of Removal* with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record:  N/A.

I hereby certify that I have mailed by United States Postal Service the document to the following by depositing the same in the U.S. Mail with proper postage thereon, addressed to:

> Christopher K. Rhodes - rhodeslaw1@gmail.com
> Rhodes Law, P.C,
> PO Box 973
> Dalton, GA 30722

This 7th day of February, 2020.

**HARBEN, HARTLEY & HAWKINS, LLP**

**/s/ Hieu M. Nguyen**
Hieu M. Nguyen
Georgia Bar No. 382526

ATTORNEY FOR DEFENDANT
CALHOUN CITY SCHOOL DISTRICT

340 Jesse Jewell Parkway, Suite 750
Gainesville, Georgia 30501
Phone: (770) 534-7341
Fax:  (770) 532-0399
Email: hnguyen@hhhlawyers.com